UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PJ and RR Venture Cap, LLC,

        Plaintiff,                                Civil No. 10-5014 (RHK/LIB)

vs.                                                 **ORDER**

American States Insurance Company,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: January 4, 2011

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge