**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

PJ and RR Venture Cap, LLC,

                      Plaintiff,

                                            Civ. No. 10-5014 (RHK/LIB)
                                            **ORDER TO SHOW CAUSE**

v.

American States Insurance Company,

                      Defendant.

---

This matter is before the Court pursuant to its January 4, 2011 Order to Show Cause (Doc. No. 4), which ordered Defendant to show cause why this action should not be remanded for lack of subject-matter jurisdiction. In response to the Order to Show Cause, Defendant has now amended its Notice of Removal, and the Court has reviewed that document and concluded that it provides *prima facie* evidence of diversity jurisdiction over this action. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Court's January 4, 2011 Order to Show Cause (Doc. No. 4) is **DISCHARGED**.

Date: January 18, 2011                                    s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge