# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PJ and RR Venture Cap, LLC, | Civil No: 10- 5014 (RHK/LIB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| American States Insurance Company, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 33), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge